FULLERTON, J.—The question presented on this appeal is the same as that involved in *State ex rel. Northern Pacific Railway Company v. State Board of Equalization, ante*, p. 243 (248 Pac. 793). For the reasons therein stated the judgment of the trial court dismissing the proceedings is affirmed.

TOLMAN, C. J., BRIDGES, HOLCOMB, and ASKREN, JJ., concur.

---

[No. 19971.   Department One.   August 27, 1926.]

THE STATE OF WASHINGTON *on the Relation of H. E. Byram et al., Appellants*, v. STATE BOARD OF EQUALIZATION, S. H. CHASE *et al., Respondents*.[1]

Appeal from a judgment of the superior court for Thurston county, Wilson, J., entered April 8, 1926, upon findings in favor of the defendants, upon sustaining a demurrer to the petition, dismissing proceedings to review an order of the state board of equalization fixing the value of railroad property for purposes of taxation. Affirmed.

*F. M. Dudley, Geo. W. Korte* and *A. J. Laughon*, for appellants.

*The Attorney General* and *R. G. Sharpe, Assistant*, for respondents.

FULLERTON, J.—The question presented on this appeal is the same as that involved in *State ex rel. Northern Pacific Railway Company v. State Board of Equalization, ante*, p. 243 (248 Pac. 793). For the reasons therein stated the judgment of the trial court dismissing the proceedings is affirmed.

TOLMAN, C. J., BRIDGES, HOLCOMB, and ASKREN, JJ., concur.

[1]Reported in 248 Pac. 795.